**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL LAYNE ODOM　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #98676

V.　　　　　　　　　　NO: 5:11CV00260 DPM/HDY

JIMMY BANKS *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Plaintiff filed this complaint on October 3, 2011. Among the Defendants Plaintiff named were certain John and Jane Does from the Arkansas Department of Correction. Without names, the Court will be unable to attempt service for the Does. Accordingly, Plaintiff must submit the name of each John or Jane Doe, along with a short statement of his claims against each. Plaintiff's failure to do so within 30 days will result in the recommended dismissal of his claims against the Does.

IT IS SO ORDERED this  21   day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE