# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MICHAEL LAYNE ODOM
ADC # 98676                                                       PLAINTIFF

v.                              No. 5:11-cv-260-DPM

JIMMY BANKS, Warden, Varner
Unit, ADC; ANTWON EMSWELLER,
Lieutenant, Varner Unit, ADC; JOHN
& JANE DOES, ADC; and MEINZER,
Assistant Warden, Varner Super Max                        DEFENDANTS

## ORDER

The parties jointly moved to dismiss this case with prejudice, informing

United States Magistrate Judge Young that the parties had reached a

compromise. *Document No. 59.* Judge Young then entered his proposed

findings and recommendations that the case should be dismissed with

prejudice per the parties' compromise. *Document No. 60.* Odom did not

object. Having reviewed the proposal for clear errors of fact on the face of the

record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and

for legal error, the Court adopts Judge Young's proposed findings and

recommendations as its own. 28 U.S.C. § 636(b)(1)(B). And the Court certifies

that an *in forma pauperis* appeal from this dismissal would be frivolous and

not taken in good faith.

The Court dismisses Odom's complaint, *Document No. 2,* with prejudice and denies as moot Odom's pending motion for partial summary judgment, *Document No. 48.*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2012