IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LAYNE ODOM
ADC # 98676                                                                PLAINTIFF

v.                              No. 5:11-cv-260-DPM

JIMMY BANKS, Warden, Varner
Unit, ADC; ANTWON EMSWELLER,
Lieutenant, Varner Unit, ADC; JOHN
& JANE DOES, ADC; MEINZER,
Assistant Warden, Varner Super Max;
and STEPHEN HUMPHREY, Radiologist,
Quality Mobile X-ray Services                                              DEFENDANTS

JUDGMENT

Odom's complaint, *Document No. 2*, is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2012